# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK

Index Number: 1:14-CV-01716-RJD-VVP                                    Date Filed: _____

Plaintiff:
FRANKIE JONES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
MV TRANSPORTATION, INC.; AND MV CONTRACT TRANSPORTATION, INC.; JOINTLY AND SEVERALLY

For:
Brent Pelton
PELTON & ASSOCIATES PC
111 Broadway
Suite 1503
New York, NY 10006

Received by ABC PROCESS SERVICE on the 31st day of March, 2014 at 12:34 pm to be served on MV TRANSPORTATION, INC., 5910 N. CENTRAL EXPRESSWAY, SUITE 1145, DALLAS, TX 75206.

I, ARTHUR B. CIRILLO, do hereby affirm that on the 31st day of March, 2014 at 2:00 pm, I:

AUTHORIZED: served by delivering a true copy of the SUMMONS IN A CIVIL ACTION; CLASS & COLLECTIVE ACTION COMPLAINT-JURY TRIAL DEMANDED with the date and hour of service endorsed thereon by me, to: JENNIFER DUDDINGTON as PROCESS SPECIALIST, who stated they are authorized to accept service for: MV TRANSPORTATION, INC. at the address of: 1999 BRYAN STREET, #900, DALLAS, TX 75201, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 27, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 140, Hair: Blonde, Glasses: N

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.



ARTHUR B. CIRILLO
SCH 331, EXP. 07/30/2014

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2014000762

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4c